**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**Case Number: 22-20104-CR-BECERRA**

**UNITED STATES OF AMERICA,**
**Plaintiff,**

**v.**

**NAISER FRANCO CASTANEDA,**
**Defendant.**
___________________________________/

**MOTION FOR AN ORDER INSTRUCTING FDC MIAMI TO FACILITATE IN-PERSON ATTORNEY-CLIENT VISITS WITH CLIENT/INMATE**

COMES NOW the Defendant, Naiser Franco Castaneda, Register Number 52727-506, by and through his undersigned counsel, Dustin Tischler, Esquire, and respectfully requests that this Honorable Court enter an Order directing the Federal Bureau of Prisons and FDC Miami to facilitate in-person attorney-client visits between undersigned counsel and Mr. Castaneda.

Mr. Castaneda is presently housed at FDC Miami. Counsel requires confidential, in-person access to Mr. Castaneda in order to prepare the defense, review case materials, discuss litigation strategy, and provide effective assistance of counsel. Accordingly, counsel requests access to a private conference room designated for attorney visits, without a glass partition separating counsel from Mr. Castaneda, during visiting hours and upon counsel's request.

WHEREFORE, Defendant respectfully requests that the Court enter the proposed Order directing the Federal Bureau of Prisons to provide Defendant, Naiser Franco Castaneda, Register Number 52727-506, and his defense counsel and investigators full access to a private conference room designated for attorney visits without a glass partition, at FDC Miami or at any other facility in which Mr. Castaneda may be housed pending further proceedings in this case.

Respectfully submitted,

DUSTIN TISCHLER, P.A.
Ingraham Building
25 SE 2nd Avenue, Suite 808
Miami, Florida 33131
Telephone: (305) 374-4600
Facsimile: (305) 374-2201
/s/ Dustin Tischler
**DUSTIN TISCHLER, Esquire**
Florida Bar No. 33746
Dustin@DustinTischlerLaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing was filed with the CM/ECF system and a copy was furnished, with that filing, to all parties of record, this 6th day of October, 2026.

*/s/ Dustin Tischler*