**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**Case Number: 22-20104-CR-BECERRA**

**UNITED STATES OF AMERICA,**
**Plaintiff,**

**v.**

**NAISER FRANCO CASTANEDA,**
**Defendant.**
________________________________/

**ORDER GRANTING DEFENDANT'S MOTION INSTRUCTING FDC MIAMI TO FACILITATE IN-PERSON ATTORNEY-CLIENT VISITS WITH CLIENT/INMATE**

THIS CAUSE, having come before the Court on Defendant Naiser Franco Castaneda's Motion for an Order Instructing FDC Miami to Facilitate In-Person Attorney-Client Visits with Client/Inmate, and the Court having reviewed said Motion and being otherwise duly advised in the premises, it is

**ORDERED and ADJUDGED that the Motion is GRANTED.**

The Federal Bureau of Prisons is hereby directed and required to provide Defendant, Naiser Franco Castaneda, Register Number 52727-506, and his defense counsel and investigators, during visiting hours, upon defense counsel's request, full access to a private conference room designated for attorney visits without a glass partition separating defense counsel from Mr. Castaneda at FDC Miami, or at any other facility in which Mr. Castaneda may be housed pending further proceedings in this case.

DONE AND ORDERED in Miami-Dade, Florida, this _____ day of October, 2026.

________________________________
**THE HONORABLE JACQUELINE BECERRA**
United States District Judge