**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case Number: 22-20104-CR-BECERRA**

**UNITED STATES OF AMERICA,**
**Plaintiff,**

**v.**

**NAISER FRANCO CASTANEDA,**
**Defendant.**
**_________________________________/**

## ORDER GRANTING DEFENDANT'S MOTION INSTRUCTING FDC MIAMI TO FACILITATE IN-PERSON ATTORNEY-CLIENT VISITS WITH CLIENT/INMATE

THIS CAUSE, having come before the Court on Defendant Naiser Franco Castaneda's Motion for an Order Instructing FDC Miami to Facilitate In-Person Attorney-Client Visits with Client/Inmate, ECF No. 2094, and the Court having reviewed said Motion and being otherwise duly advised in the premises, it is hereby

**ORDERED and ADJUDGED** that the Motion is **GRANTED.** The Federal Bureau of Prisons is hereby directed and required to provide Defendant, Naiser Franco Castaneda, Register Number 52727-506, and his defense counsel and investigators, during visiting hours, upon defense counsel's request, full access to a private conference room designated for attorney visits without a glass partition separating defense counsel from Mr. Castaneda at FDC Miami, or at any other facility in which Mr. Castaneda may be housed pending further proceedings in this case.

**DONE AND ORDERED** in Miami-Dade, Florida, this 7th day of October, 2026.

Jacqueline Becerra
United States District Judge